AO 93 (Rev. 11/13) Search and Seizure Warrant

*LODGED*
*RECEIVED*
DEC 16 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

1990 black Geo Metro bearing license plate BFC5774

Case No. MJ19-5257

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Washington _____
*(identify the person or describe the property to be searched and give its location):*

1990 black Geo Metro bearing license plate BFC5774

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B for list of items to be seized.

**YOU ARE COMMANDED** to execute this warrant on or before _____ December 23, 2019 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ any U.S. Magistrate Judge in West. Dist. of Washington _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   12/10/2019 14:00 am   11:39   TLF          _Theresa L. Fricke_
                                                                                                    *Judge's signature*

City and state:   Tacoma, Washington          United States Magistrate Judge Theresa L. Fricke
                                                                                       *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>NP19198229 | Date and time warrant executed:<br>December 13, 2019 10:30am | Copy of warrant and inventory left with:<br>Vehicle |
| Inventory made in the presence of :<br>Ranger Kevin Buckley & Brian Wray | | |

Inventory of the property taken and name of any person(s) seized:

Syringe containing red/brown substance

"My Book Live" external hard drive, serial # WMCOT0515900

Walmart receipt dated 11/25/19

Mail Advertisement not addressed to Marsh/Coffman

Smart device credit card reader by square.com in box

4 peices of tinfoil with drug residue

Pink/white pocket notebook

Personal Check

Collector coin pouch- serial # B00329

Narcan nasal spray- 4mg

2 credit cards, names not listed as Coffman/Marsh

1 debit card, names not listed as Coffman/Marsh

High School ID, name not listed as Coffman/Marsh

2 small platic baggies with micro cotton balls, 1 white balls, 1 dark colored balls

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/13/2019

Theresa L. Fricke
US Magistrate Judge
12-16-19

*Executing officer's signature*

Kevin Buckley #966 Protection Ranger
*Printed name and title*